STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ROSA L RODRIGUEZ TOLEDO                               Case No.   11-02383-ESL

                                    Chapter 13        Attorney Name:   JOSE PRIETO CARBALLO ESQ*

| I. Appearances | | | | Date & Time: | 4/26/2011 1:00:00PM |
|---|---|---|---|---|---|
| Debtor | [X] Present | | [ ] Absent | [X] R  [ ] NR   LV:  to be determined | |
| Joint Debtor | [ ] Present | | [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. | |
| Attorney for Debtor | [X] Present | | [ ] Absent | Creditors: | |
| [ ] Prose | | | | -------------- | |
| [ ] Substitute | | | | | |
| II. Oath Administered | | | | | |
| [X] Yes | [ ] No | | | | |

### III. Plan

Date:   03/23/2011        Base:     $34,000.00    Payments 0 made out of 1 due.

Confirmation Hearing Date:     5/25/2011  9:00:00AM

Evidence of Pmt shown:    Yes

Attorney's fees as per R. 2016(b)

    $3,000.00   -   $146.00   =   $2,854.00

### IV. Status of Meeting

[X] Closed        [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

In re:

ROSA L RODRIGUEZ TOLEDO

Case No.   11-02383-ESL

Chapter 13   Attorney Name:   JOSE PRIETO CARBALLO ESQ*

|  |  |
|---|---|
| | (Cont.) |
| Trustee's Report on Confirmation | |
| [ ] FAVORABLE | |
| [X] UNFAVORABLE | |

| | |
|---|---|
| [X] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| | [X] State  -  years 06-08 |
| [ ] Fails liquidation value test | SC 2781 (2009-2010) NO INCOME |
| [ ] Insuarence quote | [X] Federal  -  years 2007 |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| | [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information | [ ] Premises |
| | [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [X] Licenses issued by: |
| [ ] Evidence of income | |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ROSA L RODRIGUEZ TOLEDO                     Case No.   11-02383-ESL

                               Chapter 13      Attorney Name:    JOSE PRIETO CARBALLO ESQ*

**COMMENTS**

1) Two commercial real properties are subject to debtor's inheritance interest. Debtors' parents divorced and the father remarried. Father then died, leaving a last will. Debtor has 2 siblings from one marriage and another sibling from father's side. Also inform with evidence if a third property (residential) is part of the deceased father's estate. Debtor believes it is owned solely by her step-mother.

2) Provide liquidation analysis regarding debtor's inheritance interest, including the widow usufruct calculation and provide copy of last will and any other document necessary to review value of debtor's inheritance interest.

3) Amend Schedule I and review number of dependents and provide their ages.

4) Debtor to address feasibility of plan since post-petition mortgage payments are not being made to BPPR.

s/Miriam Salwen                                           Date:    04/26/2011

Trustee/Presiding Officer                                          (Rev. 02/11)